UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re: David Sanford Lofties                                   Chapter 13
and Cassandra Terrell Lofties                              Case No.
Debtors.

## Chapter 13 Plan

Addresses:    Debtor   3590 Eagle Trace #105, Memphis, TN 38125

Joint Debtor   3590 Eagle Trace #105, Memphis, TN  38125

Plan Payments:

Debtor Shall Pay:    $180.00  Weekly                 By:   ( ) Direct Pay
   Or by: ( x ) Payroll Deduction   Ozark Motor Lines, 3934 Homewood Road, Memphis, TN 38118

Joint Debtor Shall Pay:    $179.00  Weekly          By:   ( ) Direct Pay
   Or by: ( x ) Payroll Deduction   Federal Express Benefits Adm Services, 30 Fed Ex Parkway
                                    2nd Floor Horiz
                                    Collierville, TN 38017

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                                   (X) Yes   ( ) No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (x) Yes  ( ) No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                                  (X) Yes   ( ) No

2. Administrative Expenses: Pay Filing Fee and Debtors Attorney's Fee Pursuant to Confirmation Order.
3. Auto Insurance:   ( ) Included in Plan    Or (x) Not Included in Plan if proof provided by Debtors
4. Domestic Support Paid By: ( ) Debtors Directly   ( ) Wage Assignment   ( ) Trustee To:       Monthly Pmt.
   CCSRU (Lofties)          ongoing payment begins   n/a                                         IA
                                                    Approximate arrearage                        IA

5. Priority Claims:                                                                              Monthly Pmt.
                                                   Amount

6. Home Mortgage Claims:    ( ) Paid Directly by Debtors or ( ) Paid by Trustee To:              Monthly Pmt.
                        ongoing payment begins
                        Approximate arrearage              Interest
                        ongoing payment begins
                        Approximate arrearage              Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value    Interest Rate    Monthly Pmnt.
   Onemain (2004 Suzuki)                                  $10,253.00          0.00%            $249.00
   Conns                                                  $4,000.00           0.00%            $159.00
   NPRTO Southeast, LLC                                   $100.00             0.00%            Lump

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

| | Collateral |
|---|---|
| | |

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| American Car Center (2010 Jeep Lease) | $520.00 | 0.00% | $9.00 |
| Lincoln on the Green | $1,423.00 | 0.00% | $24.00 |
| Costal Professional (Student Loan) | $7,000.00 | 4.00% | $129.00 |

11. Student Loan Claims and Other Long Term Claims:

| Navient | (X) Not Provided For | ( ) General Unsecured Creditor |
|---|---|---|
| Nelnet | (x) Not Provided For | ( ) General Unsecured Creditor |
| US DOE/Glelsi | (X) Not Provided For | ( ) General Unsecured Creditor |

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

    World Finance

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

| American Car Center (Nissan) | (x) Assume | ( ) Reject |
|---|---|---|
| American Car Center (Jeep) | (x) Assume | ( ) Reject |
| Lincoln on the Green | (x) Assume | ( ) Reject |

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract.

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Marcelle Z. Nia          Date   March 12, 2019
    Debtors' Attorney's Signature

                                                                                March 12, 2019

                                                                                910 > September 13, 2016